UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case. No 1:20-cr-00161−JLT |
| | ) [U.S.C.A. No 25−4157] |
| Plaintiff, | ) |
| | ) **[proposed] ORDER GRANTING** |
| v. | ) **APPOINTED COUNSEL'S** |
| | ) **REQUEST TO OBTAIN COPIES** |
| VICTOR ROMERO GALVAN, | ) **OF SEALED TRANSCRIPTS** |
| | ) |
| Defendant. | ) (Doc. 172) |
| | ) |

The Court **GRANTS** the request (Doc. 172) of Andrea R. St. Julian to receive a copy of the transcript of the sealed *Marsden* proceedings held on September 3, 2021; January 16, 2024; and June 26, 2024, before Magistrate Judges Erica P. Grosjean, Stanley A. Boone, and Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

UNITED STATES DISTRICT JUDGE